UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS YODER,

    Plaintiff,                                     Case No. 20-12992

v.                                           Honorable Nancy G. Edmunds

SCOTT STEVENSON, *et al.*,

    Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

Plaintiff Nicholas Yoder filed this pro se prisoner civil rights lawsuit under 42 U.S.C. § 1983, making allegations regarding a lack of protection from COVID-19 while incarcerated at the Midland County jail, false charges in his pending state criminal case, and defamation.[1] (ECF No. 1.) Following a number of dispositive motions and rulings by the Court, the only claims that currently remain in this case are Plaintiff's claims against Midland County that have been stayed pending completion of his state criminal case. (*See* ECF Nos. 7, 35, 36.) Thus, it is hereby ORDERED that this case is CLOSED for administrative purposes pending resolution of the state criminal charges and may be reopened upon the motion of any party brought within sixty days of that resolution.

    SO ORDERED.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: July 18, 2022

---

[1] This case was originally assigned to the Honorable Arthur J. Tarnow but was reassigned to the Honorable Nancy G. Edmunds pursuant to Administrative Order 22-AO-007.

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 18, 2022, by electronic and/or ordinary mail.

                                                s/Lisa Bartlett
                                                Case Manager